■ CLAUDIA S. JOHNSON, Respondent, v LARRY C. JOHNSON, Appellant. (Appeal No. 2.) [890 NYS2d 881]—

Same memorandum as in *Johnson v Johnson* (68 AD3d 1685 [2009]). Present—Hurlbutt, J.P., Martoche, Smith, Carni and Pine, JJ.